ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-4529 CJC (RCx) |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $199,870.00 IN U.S. CURRENCY, | |
| Defendant. | |
| ARTURO PACHECO MORLETT, | |
| Claimant. | |

    On or about November 14, 2008, plaintiff United States of America ("the United States of America") filed a First Amended Complaint for Forfeiture alleging that the defendant $199,870.00 in U.S. currency (the "defendant currency") are subject to forfeiture pursuant to 21 U.S.C. § 981(a)(6).

1 | Claimant Arturo Pacheco Morlett ("claimant") filed a claim
2 | to the defendant currency on or about January 9, 2009, 2003.  No
3 | other parties have appeared in this case and the time for filing
4 | claims and answers has expired.
5 | The United States of America and claimant have now agreed to
6 | settle this action and to avoid further litigation by entering
7 | into this Consent Judgment of Forfeiture.
8 | The Court having been duly advised of and having considered
9 | the matter, and based upon the mutual consent of the parties
10 | hereto,
11 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
12 | 1.  This Court has jurisdiction over the subject matter of
13 | this action and the parties to this Consent Judgment of
14 | Forfeiture.
15 | 2.  The Complaint for Forfeiture states a claim for relief
16 | pursuant to 21 U.S.C. § 881(a)(6).
17 | 3.  Notice of this action has been given as required by
18 | law. No appearances have been made in this case by any person
19 | other than claimant.  The Court deems that all other potential
20 | claimants admit the allegations of the Complaint for Forfeiture
21 | to be true.
22 | 4.  $59,961.00 of the defendant currency, with interest on
23 | that amount only earned by the United States since seizure, shall
24 | be returned to claimant.  The remainder of the defendant currency
25 | (i.e., $139,909.00), plus the interest earned by the United
26 | States of America on the remainder of the defendant currency
27 | since seizure, shall be condemned and forfeited to the United
28 | States of America.  The custodian of the defendant currency is

ordered to dispose of the funds forfeited to the United States of America in accordance with law.

5. The funds to be returned to claimant pursuant to paragraph 4 shall be paid to claimant in care of his attorney's, Nicholas Cimmarrusti, client-trust account within sixty (60) days of the entry of this Consent Judgment of Forfeiture.

6. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further finds that claimant did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

//
//
//

9.  The Court shall maintain jurisdiction in this case for the purpose of effectuating the terms of this Consent Judgment of Forfeiture.

DATED: July 19, 2011

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE